WILLIAM M. SHERNOFF #38856
TRAVIS M. CORBY #268633
LERAE S. ETTIENNE #329939
**SHERNOFF BIDART ECHEVERRIA LLP**
600 South Indian Hill Boulevard
Claremont, California 91711
Phone:       (310) 246-0503
Facsimile:  (310) 246-0380

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY ASTANI, an individual<br><br>Plaintiff,<br><br>vs.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 2:19-cv-10353-FMO-AS<br><br>**ORDER ON STIPULATION [16] TO DISMISS ACTION WITH PREJUDICE**<br><br>Date Action Filed: 10/28/19<br>Trial Date: 4/19/21 |

1  Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that above-
2  referenced action shall be dismissed in its entirety, with prejudice, as to all
3  parties. The parties are to bear their own respective attorneys' fees and costs
4
5  It is so ordered.
6
7  DATED: September 15, 2020                   /s/  Fernando M. Olguin
8                                         UNITED STATES DISTRICT JUDGE